LITCHFIELD COUNTY, AUGUST TERM, A. D. 1781.

GOODWIN v. HARRISON.

In an action for giving her a dose, the mother allowed to relate
what the plaintiff told the next morning.

ACTION of the case, for giving her a dose in some toddy, to
intoxicate and inflame her passions. On trial upon the plea
of not guilty to the jury, the plaintiff's mother was offered as a
witness to testify what the daughter's complaints were when
she first saw her the next morning, after the affair happened,
and what she said about it; this was objected to, as being hear-
say from the plaintiff, and therefore not admissible; but by
the court, the mother was allowed to relate what the plaintiff

told her the next morning when she first saw her — as being an exception from the general rule, founded upon the necessity of the case.